DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCOTT HOLEY,**
Appellant,

v.

**DAWN HOLEY,**
Appellee.

No. 4D22-2374

[December 7, 2022]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. FMCE21-011818.

Yueh-Mei Kim Nutter and Mark A. Levy of Brinkley Morgan, Fort Lauderdale, for appellant.

Nancy A. Hass of Nancy A. Hass, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

## *On Confession of Error*

We accept appellee's confession of error and reverse and remand the trial court's July 27, 2022 order for further proceedings.

*Reversed and remanded.*

GROSS, LEVINE and FORST, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*